UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------X

Mr. Robert L. Dickerson,

        Plaintiff,

   -against-

Bernice D. Siegal, Abraham Mazloumi,

        Defendant(s)
-------------------------------------------------X

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JUN 20 2023 ★

BROOKLYN OFFICE

REQUEST FOR
CERTIFICATE OF
DEFAULT

Case No. CV-23-3859

Please enter the default of defendant(s) Bernice D. Siegal pursuant to Rule 55(a) of the Federal Rules of Civil Procedure for failure to plead or otherwise defend this action as fully appears from the Court file herein and from the attached affirmation of Mr. Robert L. Dickerson.

Dated Medford New York
June 20th, 2023

*[signature]*

Mr. Robert L. Dickerson
29 Seymour La.
Medford New York 11763
roblawdickerson@gmail.com
347-530-5466