

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL
LITIGATION BUREAU

Writer's Direct Dial: (212) 416-8273

June 23, 2023

**By ECF**
The Honorable Eric Komitee
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

Re:  Dickerson v. Dickerson, *et al.*,
     E.D.N.Y. No. 23-cv-3859 (EK)(LB)

Dear Judge Komitee:

      This Office represents Justice Bernice D. Siegal, in the above referenced action. I write in response to Plaintiff's Request for Certificate of Default, dated June 20, 2023 (Dkt. No. 15). The Court should deny Plaintiff's request as the Court has already held that Justice Siegel is immune from suit and dismissed the claims against her. Order, dated June 9, 2023 (Dkt. No. 9) at 10 ("[Plaintiff's] claims against Justice Siegal are therefore foreclosed by absolute judicial immunity and must be dismissed."). As a result of this Order, I did not file an appearance on behalf of Justice Siegal or serve a response to the Complaint.

      If, however, the Court deems that Justice Siegal is still a defendant in this action, we ask to join in Defendant Abraham Mazloumi's request for a pre-motion conference in anticipation of moving to dismiss the Complaint. (Dkt. No. 11). The claims against Justice Siegal should all be dismissed for the reasons explained in the Court's June 9 Order and as also explained in Defendant Mazloumi's letter. Namely, (i) the Court lacks jurisdiction pursuant to the *Younger* abstention doctrine (Dkt. No. 9 at 7-9); (ii) Justice Siegal is absolutely immune from suit under the judicial immunity doctrine (Dkt. No. 9 at 9-10); and (iii) the Complaint otherwise fails to state a plausible claim (Dkt. No. 9 at 9).

      Thank You for Your consideration in this matter.

Respectfully submitted,

/s/ _____
Steven A. Sutro
Assistant Attorney General

Hon. Erik Komitee  
June 23, 2023

cc: Plaintiff *pro se*, via ECF  
    Abraham Mazloumi, via ECF