

June 29, 2023

**Abraham S. Mazloumi, Esq.***
Tel 516.466.PLAN (7526)
Abraham@Mazloumi.com

*\*Also admitted in New Jersey*

<u>**Via ECF**</u>

Hon. Eric Komitee
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

  Re: *Dickerson v. Dickerson et al*
     <u>Case No. 1:23-cv-03859</u>

Dear Judge Komitee:

I am writing to you in response to Robert L. Dickerson's outrageous letter dated June 25, 2023.

I do not take lightly writing this letter to you, as I am conscious of Your Honor's busy schedule. However, Robert L. Dickerson's letter not only contains knowingly-false information and misrepresentations, it is at this point purely defamatory.

I have not "kidnaped [sic]" Brandon Dickerson, nor have I done or said anything that could *possibly* cause Robert L. Dickerson to "fear for [his] life" or to think that I want to "end [his] life."

What I did do on June 26, 2023 was to approve the discharge of Brandon Dickerson from North Shore LIJ Hospital, where Brandon Dickerson had been staying for the past approximately 2 months (in connection with a necessary medical procedure), to Queens Nassau Rehabilitation & Nursing Center,[1] a "Traumatic Brain Injury (TBI)-certified" facility.

The decision to transfer Brandon Dickerson to Queens Nassau Rehabilitation was based on the availability of facilities willing to accept Brandon Dickerson, as reported to me by the hospital's

---

[1] This is the very facility to which Robert L. Dickerson himself had (prior to my appointment) transferred Brandon Dickerson from Louisiana because of that facility's TBI program, and where Brandon Dickerson stayed for approximately 12 months until he was transferred to the hospital this past April for a necessary medical procedure.

Page 1 of 2

discharge planner. Furthermore, the attached court order required me to use every effort to identify a TBI-certified facility (which Queens Nassau Rehabilitation is).

Perhaps more importantly, Robert L. Dickerson is well-aware of all of the facts leading up to Brandon Dickerson's discharge from the hospital to Queens Nassau Rehabilitation -- in part because the two long-term care facilities that Robert L. Dickerson had selected *(and which facilities were contacted by the hospital's discharge planner, at my request out of respect to Robert L. Dickerson wishes)* ultimately declined to accept Brandon Dickerson. See a copy of the attached email from the hospital's discharge planner concerning one of the facilities, and which email I had forwarded to Robert L. Dickerson.

I understand that Robert L. Dickerson is upset that I was appointed as temporary guardian, and that (for idiosyncratic reasons) he did not want Brandon Dickerson to return to Queens Nassau Rehabilitation.

But with his letter to Your Honor, Robert L. Dickerson has crossed a line by making willful misrepresentations and defamatory accusations, and I respectfully ask Your Honor to view Robert L. Dickerson's letter in that light.

Respectfully submitted,


_____/s/ Abraham S. Mazloumi_____
Abraham S. Mazloumi, Esq.


Attachments


cc:   Hon. Bernice D. Siegal (via Regular mail)
      Robert L. Dickerson (via Regular mail)

**MAZLOUMI LAW**
175 East Shore Road, Great Neck, NY 11023
Tel (516) 466-PLAN (7526)  Fax (516) 283-0250  www.mazloumi.com

Page 2 of 2



Abraham S. Mazloumi <abraham@mazloumi.com>

## Brasond Dickerson: Brookside Multicare Center.

**Abraham S. Mazloumi, Esq.** <abraham@mazloumi.com>  Fri, Jun 23, 2023 at 6:55 PM
To: robert dickerson <roblawdickerson@gmail.com>

Dear Mr. Dickerson,

For your information, please see the attached email from the hospital social worker re Brookside Multicare Center.

I have no idea why they declined to accept Brandon, but you can of course call them to find out.

Abraham Mazloumi

--
Abraham S. Mazloumi, Esq.*

**ABRAHAM MAZLOUMI & ASSOCIATES**
*Attorneys and Counselors at Law, P.C.*

175 East Shore Road
Great Neck, NY 11023
Phone 516.466.PLAN
Phone 516.466.7526
Facsimile 516.283.0250
www.mazloumi.com

*Also admitted to practice law in New Jersey.*

**Serving the greater New York metropolitan area.**

CONFIDENTIALITY NOTICE:
This transmission is intended only for the use of the individual or entity to which it is addressed and may contain confidential information belonging to the sender, which is protected by the attorney-client privilege. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this transmission in error, immediately notify us by telephone to arrange for its return.

---

📄 **Email from hospital social worker re Brookside Multicare _ Dickerson 6-23-23.pdf**
79K



**PHI**

From: Petrone, Saima
To: abraham@mazloumi.com
Cc:
Sent: 6/23/2023 2:18:15 PM

Hi Abraham,

At your request, I send a referral to Brookside Multicare Nursing Center. I received a call from Jennifer Asciolla at admissions who informed me that unfortunately they cannot accept Brandon.

*Saima Petrone, LCSW*

North Shore University Hospital
Department of Social Work
300 Community Drive
Manhasset, NY 11030
Phone: 516-562-3011



FILED
6/27/2023
COUNTY CLERK
QUEENS COUNTY

At IAS Part <u>8G</u> of the Supreme Court of the State of New York, held in and for the County of Queens, at the Court House located at 88-11 Sutphin Blvd, Jamaica, New York 11435 on the <u>23rd</u> day of <u>June</u>, 2023.

P R E S E N T: <u>HON. BERNICE D. SIEGAL</u>
        Honorable Justice of the Supreme Court

-------------------------------------------------------------------------x

In the Matter of the Application of
    **GENEVA DICKERSON**
        Petitioner,
for the appointment of a Guardian of the Person and Property of
    **BRANDON DICKERSON**,
        A Person Alleged to be Incapacitated

-------------------------------------------------------------------------x

Index No.: 724394/2022

**ORDER CONCERNING DISCHARGE FROM HOSPITAL**

      By Orders of this Court dated February 14, 2023, this Court appointed Abraham S. Mazloumi, Esq. as Successor Temporary Guardian, and upon application of Abraham S. Mazloumi, Esq. dated April 19, 2023, this Court issued an Order dated April 28, 2023, *inter alia* confirming his authority to consent or refuse generally accepted routine medical or dental treatment of Brandon Dickerson, and ratifying his previous exercise of this authority; and upon application of Abraham S. Mazloumi, Esq., (temporary Guardian) this Court issued an Order dated May 26, 2023, confirming ~~Mr. Mazloumi's~~ the temporary guardian's exclusive authority to discharge Brandon Dickerson from North Shore University Hospital to any medical or nursing facility;

      And by email dated June 21, 2023, ~~Abraham S. Mazloumi, Esq.~~ the successor temporary Guardian having advised the Court and the parties that Brandon Dickerson is ready for discharge from North Shore University Hospital, and that of the seven 'TBI certified' facilities the hospital had contacted, only two had accepted Brandon Dickerson, namely Park Terrace Care Center, in Rego Park, and his admitting facility, Queens Nassau Nursing Home; and because Robert Dickerson is opposing Brandon Dickerson's return to Queens Nassau Nursing Home, ~~indeed~~ or admission to any facility in Queens, ~~Mr. Mazloumi~~ Successor Temporary Guardian now seeks this Court's

1

direction;

NOW upon the June 22, 2023 oral application of Abraham S. Mazloumi, Esq., Successor Temporary Guardian of Brandon Dickerson, it is hereby


J.S.C.

ORDERED, that the Successor Temporary Guardian, Abraham S. Mazloumi, Esq., is hereby to effectuate a safe discharge from the hospital, within the County of Queens, directed to admit Brandon Dickerson to a TBI-certified facility to the extent a bed is available; and in the absence of such availability Abraham S. Mazloumi, Esq., is hereby directed to admit Brandon Dickerson to another appropriate facility, provided that the facility shall be in the County of Queens.

ORDERED, that the petitioner shall serve this order within three days of the signed order.

This matter is adjourned to an in-person all day hearing August 21, 2023 at 9:30am.

E N T E R:

_____
HON. BERNICE D. SIEGAL

FILED
6/27/2023
COUNTY CLERK
QUEENS COUNTY